SCHIFF HARDIN LLP
BRUCE A. WAGMAN (*Pro Hac Vice Pending*)
bwagman@schiffhardin.com
ROBERT G. ENGEL (OR Bar No. 01176)(Federal
Court Admission Application Forthcoming)
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

HARRANG LONG GARY RUDNICK P.C.
CRAIG J. CAPON (OR Bar No. 981928)
craig.j.capon@harrang.com
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone: (541) 485-0220
Facsimile: (541) 686-6564

Of Attorneys for Plaintiffs

FILED '07 JUL 06 14:12 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, and MARGUERITE GORDON,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMARILY PRIMATES, INC.,<br><br>Defendant. | Case No.: 6:07-CV-6149-HO<br><br>**APPLICATION FOR SPECIAL ADMISSION – PRO HAC VICE** |

As local counsel in the above-captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice*:

    1.    I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    **Personal Data**:    Bruce A. Wagman
Schiff Hardin LLP
One Market, Spear Twr., 32nd Fl.
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

2.      I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

      (a)    California Superior Courts (11/4/92) (Bar No. 159987);
      (b)    California Supreme Court (1992);
      (c)    U.S. Court of Appeals, 3rd Circuit (6/2/95);
      (d)    U.S. Court of Appeals, 9th Circuit (9/19/94);
      (e)    U.S. District Court, Eastern District of California (10/5/94);
      (f)    U.S. District Court, Northern District of California (9/15/99);
      (g)    U.S. Supreme Court (6/97).

3.      I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency.

4.      I have a professional liability insurance policy which is current and will apply in this case, and that policy will remain in effect during the course of these proceedings.

5.      I am representing the following parties in this case: Chimps, Inc., International Primate Protection League, and Marguerite Gordon.

6.      Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov.) I consent to electronic service pursuant to Fed. R. Civ. P. 5(b)(2)(D) and LR 100.2(c).

7.      I certify the information contained in this application is true, that I am a member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3, and that I will serve as designated local counsel in this particular case.

Dated this 26th day of June, 2007.

_____      _____
Craig J. Capon, Esq. OSB #98192      Bruce A. Wagman, Esq.
Harrang Long Gary Rudnick P.C.      Schiff Hardin LLP
360 E. 10th Avenue, Suite 300      One Market, Spear Tower, 32nd Fl.
Eugene, OR 97401-3273      San Francisco, CA 94105
Telephone: (541) 485-0220      Telephone: (415) 901-8700
Facsimile: (541) 686-6564      Facsimile: (415) 901-8701

## COURT ACTION

__X__  Application approved subject to payment of fees

_____  Application approved and fee waived

_____  Application denied

_7/6/07_  
Date

_M. Hogan_  
United States District Judge

cc: Counsel of Record