AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of OREGON

CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE
GORDON

V.

PRIMARILY PRIMATES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-6149-HO

TO: (Name and address of Defendant)

PRIMARILY PRIMATES, INC.
26099 Dull Knife Rd.
San Antonio, TX 70255

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig J. Capon, Esq.
Harrang Long Gary Rudnick PC
360 E. 10th Ave., Ste. 300
Eugene, OR 97401-3273
Ph: (541) 485-0220
Fax: (541) 686-6564

Bruce A. Wagman, Esq.
Robert G. Engel, Esq.
Schiff Hardin LLP
One Market, Spear Twr., 32nd Fl.
San Francisco, CA 94105
Ph: (415) 901-8700
Fax: (415) 901-8701

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL S. McCONNELL
CLERK

6/25/07
DATE

(By) DEPUTY CLERK