# AFFIDAVIT OF SERVICE

COUNTY: USDC         CASE # 076149HO         COURT
                                             Clt. Ref.#                    Clt.# 16052

CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE AND
MARGUERITE GORDON

VS
PRIMARILY PRIMATES, INC.

The documents came to hand for service on 06/26/07  Time: 10:15:00

Documents received for service:

**SUMMONS AND COMPLAINT; EXHIBITS TO COMPLAINT; CIVIL CASE
COVER SHEET; CIVIL CASE ASSIGNMENT AND DISCOVERY AND
PRETRIAL SCHEDULING ORDER**

The documents were delivered on **06/26/07**  Time: **14:00:00**

Executed at: 310 S St Mary's St
             San Antonio, TX 78205
to the following: **Primarily Primates, Inc.**
                  C/O Eric R. Turton

____✓____ PERSONALLY delivering the document(s) to the person above.
_____ SUBSTITUTE SERVICE per Order by delivering to _____ a person
          over sixteen (16) years of age, at the above listed address which is the usual
          place of abode/business of the above named person.
_____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Carlos Hernandez                      , am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE. I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee: __83.00__

Witness Fee Tendered: ____.00

Mileage: ____.00

Carlos Hernandez
Texas LIC#: SC-1430
Professional Civil Process, San Antonio
4900 Broadway Ste 600
San Antonio TX 78209-5739

STATE OF TEXAS}
                    VERIFICATION

On this day Carlos Hernandez appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct. Given my hand and seal of office this _____ day of JUL 0 2 2007 200___.

PCP Inv. #S70600843   theresah

NOTARY PUBLIC FOR THE STATE OF TEXAS

JENNIFER RUTLEDGE JOHNSON
MY COMMISSION EXPIRES
November 30, 2008

