%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of OREGON

CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE
GORDON

V.

PRIMARILY PRIMATES, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-6149-HO

TO: (Name and address of Defendant)

PRIMARILY PRIMATES, INC.
26099 Dull Knife Rd.
San Antonio, TX 70255

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Craig J. Capon, Esq.
Harrang Long Gary Rudnick PC
360 E. 10th Ave., Ste. 300
Eugene, OR 97401-3273
Ph: (541) 485-0220
Fax: (541) 686-6564

Bruce A. Wagman, Esq.
Robert G. Engel, Esq.
Schiff Hardin LLP
One Market, Spear Twr., 32nd Fl.
San Francisco, CA 94105
Ph: (415) 901-8700
Fax: (415) 901-8701

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL S. McDONNELL
CLERK

(By) DEPUTY CLERK

DATE 6/25/07

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06-27-07 |
| NAME OF SERVER (PRINT) Michael John Villarreal | TITLE Texas Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
2801 El Dorado Pkwy, Little Elm TX 75068

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 07-09-07
Date

Signature of Server

3428 Westminster Dr. Plano TX 75071
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.