# AFFIDAVIT OF SERVICE

COUNTY:                    CASE # 76149HO                    COURT
                                              Clt. Ref.#              Clt.#    800

CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, AND MAR-
GUERITE GORDON

VS
PRIMARILY PRIMATES, INC.

The documents came to hand for service on 06/26/07  Time: 11:02:14

Documents received for service:

**SUMMONS IN A CIVIL ACTION & COMPLAINT FOR DECLARATORY JUD-
GMENT, QUANTUM MERUIT AND LIEN FOR SERVICES, DEMAND FOR JURY
TRIAL; EXHIBITS TO COMPLAINT, A-C; CIVIL COVER SHEET, ETAL.**

The documents were delivered on **06/27/07**  Time: **18:08:00**

Executed at: 2801 Eldorado Parkway
              Little Elm, TX 75068
to the following: **Primarily Primates, Inc.,
                   By Delivering To The Registered Agent / C/O, Lee Thiesen-
                   Watt**

____ PERSONALLY delivering the document(s) to the person above.
____ SUBSTITUTE SERVICE per Order by delivering to _____ a person
     over sixteen (16) years of age, at the above listed address which is the usual
     place of abode/business of the above named person.
____ POSTING per Order by securely affixing to the main entry way at the above address.

## AFFIDAVIT

I, Michael Villarreal                        , am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____.00_____                        _____
                                                  Michael Villarreal
Witness Fee Tendered:_____.00                    Texas LIC#: SC-1974
                                                  PCP Collin
Mileage:_____.00                                 3428 Westminster

STATE OF TEXAS}                                   Plano TX 75074
                         VERIFICATION

On this day Michael Villarreal appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this ____ day of _____ 200__.

                                                  _____
                                                  NOTARY PUBLIC FOR THE STATE OF TEXAS

PCP Inv. #K70600188    rondar

NAKIA V. STANTON
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-19-2008