SCHIFF HARDIN LLP
BRUCE A. WAGMAN (Admitted *Pro Hac Vice*)
ROBERT G. ENGEL (OR Bar No. 01176)
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

HARRANG LONG GARY RUDNICK P.C.
CRAIG J. CAPON (OR Bar No. 981928)
360 E. 10th Avenue, Suite 300
Eugene, OR  97401-3273
Telephone:   (541) 485-0220
Facsimile:    (541) 686-6564

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, and MARGUERITE GORDON,<br><br>Plaintiffs,<br><br>v.<br><br>PRIMARILY PRIMATES, INC.,<br><br>Defendant. | Case No.:6:07-CV-6149-HO<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS CHIMPS, INC. AND INTERNATIONAL PRIMATE PROTECTION LEAGUE** |

**CORPORATE DISCLOSURE STATEMENT
REQUIRED BY FRCP 7.1(a)**

Pursuant to FRCP 7.1(a), Plaintiffs Chimps, Inc. and International Primate Protection League disclose as follows:

1. Chimps, Inc. does not have a parent company or corporation.

2. International Primate Protection League does not have a parent company or corporation.

34992.34992-0000
664874.1
PAGE 1 – CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS CHIMPS, INC. AND INTERNATIONAL PRIMATE PROTECTION LEAGUE

Dockets.Justia.com

3. Chimps, Inc. and International Primate Protection League are privately held corporations with no public holdings; therefore, no public company owns any shares of stock associated with Chimps, Inc. and International Primate Protection League.

DATED: July 24, 2007

SCHIFF HARDIN LLP

By _____
Bruce A. Wagman
Attorneys for Plaintiffs