William H. Sherlock, OSB #90381
HUTCHINSON, COX, COONS
DUPRIEST, ORR & SHERLOCK, P.C.
777 High Street, Suite 200
Eugene, OR 97401-2782
Telephone:  (541) 686-9160
Facsimile:  (541) 343-8693
Internet E-mail Address: lsherlock@eugene-law.com
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC.; INTERNATIONAL PRIMATE PROTECTION LEAGUE; and MARGUERITE GORDON, ) ) ) ) | Case No. 07-6149-HO |
| Plaintiffs, ) ) | **DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO CHANGE VENUE** |
| v. ) ) | |
| PRIMARILY PRIMATES, INC., ) ) | |
| Defendant. ) | |

## LR 7.1 CERTIFICATION

On July 26, 2007, Defendant's counsel, William H. Sherlock, made a good

faith attempt to resolve this Motion with Plaintiffs by telephone with counsel for

Plaintiffs.

## MOTION

Defendant hereby moves the Court to dismiss this case pursuant to Rules

12(b)(1) and 12(b)(3) of the Federal Rules of Civil Procedure or, in the alternative,

Dockets.Justia.com

for change of venue pursuant to 28 U.S.C. § 1401(a), for the reasons set forth in the attached Memorandum, Declaration and Exhibit.

DATED:   July 27, 2007

By: s/William H. Sherlock
William H. Sherlock, OSB #98001
Hutchinson Cox Coons DuPriest
Orr & Sherlock
777 High Street, Ste 200
Eugene, OR 97401
(541) 686 9160
 Attorney for Defendant