William H. Sherlock, OSB #90381
HUTCHINSON, COX, COONS
DUPRIEST, ORR & SHERLOCK, P.C.
777 High Street, Suite 200
Eugene, OR 97401-2782
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Internet E-mail Address: lsherlock@eugene-law.com
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC.; INTERNATIONAL PRIMATE PROTECTION LEAGUE; and MARGUERITE GORDON, <br><br>Plaintiffs,<br><br>v.<br><br>PRIMARILY PRIMATES, INC.,<br><br>Defendant. | Case No. 07-6149-HO<br><br>**DECLARATION OF WILLIAM H. SHERLOCK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO CHANGE VENUE** |

I, William H. Sherlock, with full knowledge of the penalties for perjury, declare and if called upon would testify as follows:

1. I am counsel for Defendant Primarily Primates, Inc. in the above action.

2. Attached hereto as Exhibit A is a true and accurate copy of the Animal Transfer Agreement dated March 12, 2007 between Primarily Primates, Inc., Chimps, Inc., and Sedation and Examination.

1 – DECLARATION OF WILIAM H. SHERLOCK IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO CHANGE VENUE

Dockets.Justia.com

3. Attached hereto as Exhibit B is a true and accurate copy of the Animal Transfer Agreement dated March 30, 2007 between Primarily Primates, Inc. and International Primate Protection League.

4. Attached hereto as Exhibit C is a true and accurate copy of the Animal Transfer Agreement dated April 18, 2007 between Primarily Primates, Inc. and W.K. Gordon, Jr. Ranch.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 27, 2007

s/ William H. Sherlock  
William H. Sherlock, OSB #90381