**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
**Robert G. Engel,** OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

**Craig J. Capon,** OSB #98192
craig.j.capon@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE GORDON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE,** and **MARGUERITE GORDON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PRIMARILY PRIMATES, INC.,**<br><br>Defendant. | Case No.: 07-6149-HO<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Expedited Consideration Requested** |

### L.R. 7.1(A) CERTIFICATION

The undersigned counsel represents that prior to filing this motion, lead counsel for the plaintiffs, Bruce Wagman, conferred with defendant's counsel, William Sherlock. Mr. Sherlock confirms that he has no objection to this motion.

Page 1 –  **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

## MOTION

Pursuant to Fed. R. Civ. P. 6(b) and L.R. 7.1(e)(1), plaintiffs move this court for an order extending the deadline for plaintiffs to file a response to defendant's motion to dismiss from the current deadline of August 10, 2007 to September 4, 2007. This motion is supported by the Declaration of Craig J. Capon filed herewith.

DATED this 1st day of August, 2007.

HARRANG LONG GARY RUDNICK P.C.

By: _____
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com
Telephone:     (541) 485-0220
Facsimile: (541) 686-6564

SCHIFF HARDIN LLP
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON

00179670.DOC

# CERTIFICATE OF SERVICE

I certify that on August 1, 2007, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Facsimile |
| _____ | Via Personal Delivery |

William H. Sherlock
Hutchinson, Cox, Coons, DuPriest, Orr & Sherlock P.C.
777 High Street
Eugene, OR 97401-2782

Attorneys For Defendant
Primarily Primates, Inc.

HARRANG LONG GARY RUDNICK P.C.

By: _____
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com
Telephone: (541) 485-0220
Facsimile: (541) 686-6564

SCHIFF HARDIN LLP
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON

**CERTIFICATE OF SERVICE**