**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
**Robert G. Engel,** OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

**Craig J. Capon,** OSB #98192
craig.j.capon@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE GORDON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE,** and **MARGUERITE GORDON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PRIMARILY PRIMATES, INC.,**<br><br>Defendant. | Case No.: 07-6149-HO<br><br>**DECLARATION OF CRAIG J. CAPON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |

I, Craig J. Capon, make the following declaration on personal knowledge, under penalty

of perjury:

Page 1 – **DECLARATION OF CRAIG J. CAPON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

1. I am one of the attorneys for plaintiffs, and I make this declaration in support of Plaintiffs' Unopposed Motion to Extend Deadline to File Response to Defendant's Motion to Dismiss.

2. No trial date has been set in this matter.

3. Lead plaintiffs' counsel, Bruce Wagman, conferred with William Sherlock, counsel for defendant, and he has no objection to this motion.

4. I will be out of the office next Thursday and Friday, August 9-10, 2007. Moreover, Mr. Wagman has several briefs due within the next several weeks in courts across the country, including expedited briefing due next week in the Seventh Circuit Court of Appeals. Therefore, plaintiffs' counsel need more time to properly prepare and file the response.

5. Accordingly, plaintiffs ask this court to extend the deadline for plaintiffs to file a response to defendant's motion to dismiss from the current deadline of August 10, 2007 to September 4, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of August, 2007.

_____
Craig J. Capon

00179673.DOC

# CERTIFICATE OF SERVICE

I certify that on August 1, 2007, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF CRAIG J. CAPON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Facsimile |
| _____ | Via Personal Delivery |

William H. Sherlock
Hutchinson, Cox, Coons, DuPriest, Orr & Sherlock P.C.
777 High Street
Eugene, OR 97401-2782

Attorneys For Defendant
Primarily Primates, Inc.

HARRANG LONG GARY RUDNICK P.C.

By: _____
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com
Telephone:      (541) 485-0220
Facsimile: (541) 686-6564

SCHIFF HARDIN LLP
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON

**CERTIFICATE OF SERVICE**