**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415) 901-8700
(415) 901-8701

**Craig J. Capon, OSB #98192**
craig.j.capon@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273
(541) 485-0220
(541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE and MARGUERITE GORDON

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| **CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, and MARGUERITE GORDON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PRIMARILY PRIMATES, INC.**<br><br>**Defendant.** | Case No. 07-6149-HO<br><br>**DECLARATION OF MARGUERITE GORDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE** |

I, Marguerite Gordon, declare as follows:

1.     I have been involved since the early 1980s with animal protection organizations in

New Mexico.  I run two private sanctuaries in New Mexico and have extensive experience with

**Page 1 -**   **DECLARATION OF MARGUERITE GORDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE**

34992.34992-0000
669215.1

animal rescue including livestock and companion animals. I make the statements here based on personal knowledge and could and would testify to same if called upon to do so.

2.     When I was contacted about the longhorn steer in need of help at Primarily Primates, Inc. ("PPI"), I agreed to adopt, rescue and rehabilitate the longhorn steer.

3.     When entering into the Animal Transfer Agreement with PPI's Receiver, I was agreeing to provide for lifetime care, housing, and medical expenses for the longhorn steer.

4.     When entering into the Animal Transfer Agreement, I also agreed to pay for the costs of transport as well as any new construction required for the longhorn steer.

5.     When I entered into my contract with PPI to save the longhorn steer, I believed I could be required to and would gladly pay more than $100,000 to transport, care for, feed, and provide medical treatment for the steer.

6.     When I contracted to provide lifetime care for the steer, I assumed the contract was worth at least $100,000 to me.

7.     Based on my lifelong dedication to protecting the lives of animals, I value the contract far in excess of $100,000 to be sure the longhorn steer is protected for life.

I declare under penalty of perjury under the laws of the United States that these facts are true and correct and that this Declaration is executed this 31st day of August, 2007, at Santa Fe, New Mexico.

DATED:  August 31, 2007


By: _____

Marguerite Gordon

**Page 2 -     DECLARATION OF MARGUERITE GORDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE**

34992.34992-0000
669215.1

s/ Bruce A. Wagman
BRUCE A. WAGMAN
*Pro Hac Vice*
(415) 901-8700
Attorney for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE
GORDON

**DECLARATION OF MARGUERITE GORDON IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS,
OR IN THE ALTERNATIVE, TO CHANGE VENUE**

CERTIFICATE OF SERVICE

I certify that on September 4, 2007, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF MARGUERITE GORDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE** on the party or parties listed below as follows:

   ✓   Via CM/ECF Filing

_____   Via First Class Mail, Postage Prepaid

_____   Via Facsimile

_____   Via Personal Delivery

William H. Sherlock
Hutchinsom, Cox, Coons, DuPriest, Orr & Sherlock, P.C.
777 High Street
Eugene, OR 97401-2782
Attorneys for Defendant
Primarily Primates, Inc.

SCHIFF HARDIN, LLP

By: _____
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01776
rengel@schiffhardin.com
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

HARRANG LONG GARY RUDNICK, P.C.
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE
GORDON

**Page 4 -** **DECLARATION OF MARGUERITE GORDON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE**

34992.34992-0000
669215.1