**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
(415) 901-8700
(415) 901-8701

**Craig J. Capon, OSB #98192**
craig.j.capon@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273
(541) 485-0220
(541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE and MARGUERITE GORDON


# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, and MARGUERITE GORDON,** | Case No. 07-6149-HO |
| **Plaintiffs,** | **DECLARATION OF SHIRLEY MCGREAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE** |
| **v.** | |
| **PRIMARILY PRIMATES, INC.** | |
| **Defendant.** | |

I, Shirley McGreal, declare as follows:

1.     I am the founder and executive director of the International Primate Protection

League ("IPPL"), which is dedicated to the conservation and well-being of all living primates. I

**Page 1 -**     **DECLARATION OF SHIRLEY MCGREAL IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE**
**ALTERNATIVE, TO CHANGE VENUE**

am the recipient of the United Nations Environment Program Global 500 Honor Roll Laureate Award. I have been directly involved in the rescue and rehabilitation of adult and baby gibbons for over thirty years. I make the statements here based on personal knowledge and could and would testify to same if called upon to do so.

2.     IPPL has been a recognized leader in primate care and protection for thirty-four years. It has field representatives in thirty-one countries, and its main sanctuary is in South Carolina, where IPPL has built a habitat and enclosures for its animals that provides for all their needs in the best possible fashion. It is considered an international leader in the housing and care of gibbons – highly endangered arboreal apes native to the tropical forests of Southeast Asia. IPPL provides major financial assistance to three gibbon sanctuaries in habitat countries.

3.     When I was contacted about the gibbons in need of help at Primarily Primates, Inc., ("PPI"), I agreed, on behalf of IPPL, to rescue and rehabilitate twelve of the gibbons at PPI.

4.     IPPL entered into the Animal Transfer Agreement with PPI's Receiver with the understanding and intention that IPPL would provide for lifetime care, housing, and medical expenses for the gibbons.

5.     When IPPL entered into the Animal Transfer Agreement with PPI's Receiver, IPPL agreed to pay for the costs of transport as well as any new construction required for the gibbons.

6.     IPPL keeps detailed records of historical data with respect to the cost of care for the gibbons at IPPL's sanctuary. Based on that data, I estimate that IPPL will spend approximately $165,000 each year to care for the twelve gibbons removed from PPI.

7.     Gibbons can live up to forty years or even longer in captivity. Based on an estimate of the twelve gibbons' ages and expected lifespans, IPPL will spend no less than $2,145,000 to care for the gibbons.

8.     When IPPL contracted to provide lifetime care for the gibbons, it assumed the contract was worth at least $2,145,000 to IPPL.

9.     Based on its dedication in protecting the lives of animals, IPPL valued the contract far in excess of $2,145,000.

I declare under penalty of perjury under the laws of the United States that these facts are true and correct and that this Declaration is executed this 31st day of August, 2007, at Summerville, South Carolina.

DATED: August 31, 2007

By: _Shirley McGreal_

Shirley McGreal

s/ Bruce A. Wagman
BRUCE A. WAGMAN
*Pro Hac Vice*
(415) 901-8700
Attorney for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE
GORDON

## CERTIFICATE OF SERVICE

I certify that on September 4, 2007, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF SHIRLEY MCGREAL IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO CHANGE VENUE** on the party or parties listed below as follows:

    ✓    Via CM/ECF Filing

  _____  Via First Class Mail, Postage Prepaid

  _____  Via Facsimile

  _____  Via Personal Delivery

William H. Sherlock
Hutchinsom, Cox, Coons, DuPriest, Orr & Sherlock, P.C.
777 High Street
Eugene, OR 97401-2782
Attorneys for Defendant
Primarily Primates, Inc.


                                    SCHIFF HARDIN, LLP

                                    By: _____
                                    Bruce A. Wagman, *Pro Hac Vice*
                                    bwagman@schiffhardin.com
                                    Robert G. Engel, OSB #01776
                                    rengel@schiffhardin.com
                                    Telephone:    (415) 901-8700
                                    Facsimile:    (415) 901-8701

                                    HARRANG LONG GARY RUDNICK, P.C.
                                    Craig J. Capon, OSB #98192
                                    craig.j.capon@harrang.com

                                    Of Attorneys for Plaintiffs
                                    CHIMPS, INC., INTERNATIONAL PRIMATE
                                    PROTECTION LEAGUE, and MARGUERITE
                                    GORDON

**Page 4 -    DECLARATION OF SHIRLEY MCGREAL IN SUPPORT OF PLAINTIFFS'
             OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE
             ALTERNATIVE, TO CHANGE VENUE**

34992.34992-0000
669214.1