William H. Sherlock, OSB #90381
HUTCHINSON, COX, COONS
DUPRIEST, ORR & SHERLOCK, P.C.
777 High Street, Suite 200
Eugene, OR 97401-2782
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Internet E-mail Address: lsherlock@eugene-law.com
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC.; INTERNATIONAL PRIMATE PROTECTION LEAGUE; and MARGUERITE GORDON, | Case No. 07-6149-HO |
| Plaintiffs, | **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME** |
| v. | |
| PRIMARILY PRIMATES, INC., | |
| Defendant. | |

Defendant seeks an extension of time to file its Reply to Plaintiff's response to Defendant's Motion to Dismiss, or in the Alternative, to Change Venue. This request is made because of the need for additional time to review the factual allegations contained in Plaintiffs' response, and due to Defendant's attorney's calendar commitments in other business matters. See Declaration of William H. Sherlock dated September 7, 2007.

Defendant's counsel has conferred with Plaintiffs' counsel regarding this motion and received confirmation that Plaintiffs do not object to the request for an extension.

1 - DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME

WHEREFORE, for these reasons, Defendant seeks an extension of time to file its Reply from September 17, until and including Friday, September 21, 2007.

DATED: September 7, 2007

                                            By: s/*William H. Sherlock*
                                                  William H. Sherlock, OSB #98001
                                                  Hutchinson Cox Coons DuPriest Orr & Sherlock
                                                  777 High Street, Ste 200
                                                  Eugene, OR 97401
                                                  (541) 686 9160
                                              Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that the Clerk of Court electronically served DEFENDANT'S MOTION FOR EXTENSION OF TIME on the 7th day of September, 2007, to:

Bruce A. Wagman
Robert G. Engel
SCHIFF HARDIN LLP
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105

Craig J. Capon
HARRANG LONG GARY RUDNICK P.C.
360 E. 10th Avenue, Suite 300
Eugene, OR 97401-3273

                                            s/William H. Sherlock
                                            William H. Sherlock, OSB No. 90381
                                            Of Attorneys for Defendant