William H. Sherlock, OSB #90381
HUTCHINSON, COX, COONS
DUPRIEST, ORR & SHERLOCK, P.C.
777 High Street, Suite 200
Eugene, OR 97401-2782
Telephone:  (541) 686-9160
Facsimile:  (541) 343-8693
Internet E-mail Address: lsherlock@eugene-law.com
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC.; INTERNATIONAL PRIMATE PROTECTION LEAGUE; and MARGUERITE GORDON, <br><br> Plaintiffs, <br> v. <br><br> PRIMARILY PRIMATES, INC., <br><br> Defendant. | Case No. 07-6149-HO <br><br> **DECLARATION OF** <br> **WILLIAM H. SHERLOCK** |

STATE OF OREGON    )
                   ) ss.
County of Lane     )

I, William H. Sherlock, being first duly sworn, declare:

1.  I am the attorney of record for Defendant in the above-captioned matter.

2.  I am currently in the process of preparing briefs in two other complex federal cases pending in Oregon District Court.

1 – DECLARATION OF WILLIAM H. SHERLOCK

3. Pursuant to LR 6, I have conferred with Bruce Wagman, opposing counsel, on this request for extension. I offered no objection to his similar request for extension relating to his response. Mr. Wagman indicated in an email dated September 6, 2007 that he has no objection to an extension of time to file a Reply.

4. I hereby declare that the above statements are true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED: September 7, 2007

By: s/ *William H. Sherlock*
William H. Sherlock, OSB #98001
Hutchinson Cox Coons DuPriest Orr & Sherlock
777 High Street, Ste 200
Eugene, OR 97401
(541) 686 9160
Attorney for Defendant