**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
**Robert G. Engel,** OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

**Craig J. Capon,** OSB #98192
craig.j.capon@harrang.com
HARRANG LONG GARY RUDNICK P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:   (541) 485-0220
Facsimile:   (541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE GORDON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE,** and **MARGUERITE GORDON,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PRIMARILY PRIMATES, INC.,**<br><br>Defendant. | Case No.: 07-6149-HO<br><br>**DECLARATION OF CRAIG J. CAPON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** |

———————————————

Page 1 – **DECLARATION OF CRAIG J. CAPON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES**

I, Craig J. Capon, make the following declaration on personal knowledge under penalty of perjury:

1. I am one of the attorneys for plaintiffs in this matter, and I make this declaration in support of Plaintiffs' Unopposed Motion to Extend Pretrial Deadlines.

2. No trial date has been set in this matter.

3. Plaintiffs' counsel have conferred with counsel for defendant, William Sherlock. Defendant has no objection to this motion.

4. Defendant has filed a motion to dismiss or in the alternative change or transfer of venue. Plaintiffs have filed their response. Defendant's reply is due on September 21, 2007. The parties expect the court to schedule oral argument for sometime in October. The parties agree that no discovery should take place until after the motion is decided.

5. Accordingly, plaintiffs ask this court to extend the pretrial deadlines as follows:

   a. <u>Pretrial and Discovery Deadlines</u>:

      i. File all pleadings from the current date of October 23, 2007, to January 1, 2008.

      ii. Join all claims, remedies and parties from the current date of October 23, 2007, to January 1, 2008.

      iii. File all pretrial discovery and dispositive motions from the current date of October 23, 2007, to January 1, 2008.

      iv. Complete all discovery from the current date of October 23, 2007, to January 1, 2008.

      v. Confer as to Alternate Dispute Resolution pursuant to L.R. 16.4(c) from the current date of October 23, 2007, to January 1, 2008.

      vi.    File a Joint Status Report from the current date of October 23, 2007, to January 1, 2008.

  b.    <u>Pretrial Order Deadlines</u>:

      i.    Lodge a Joint Pretrial Order from the current date of November 23, 2007, to February 1, 2008.

      ii.    File a Joint Alternate Dispute Resolution Report from the current date of November 23, 2007, to February 1, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of September, 2007.

_____
Craig J. Capon

# CERTIFICATE OF SERVICE

I certify that on September 20, 2007, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF CRAIG J. CAPON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Facsimile |
| _____ | Via Personal Delivery |

William H. Sherlock
Hutchinson, Cox, Coons, DuPriest, Orr & Sherlock P.C.
777 High Street
Eugene, OR 97401-2782

Attorneys For Defendant
Primarily Primates, Inc.

HARRANG LONG GARY RUDNICK P.C.

By: _____
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com
Telephone: (541) 485-0220
Facsimile: (541) 686-6564

SCHIFF HARDIN LLP
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON

**CERTIFICATE OF SERVICE**