William H. Sherlock, OSB #90381
HUTCHINSON, COX, COONS
DUPRIEST, ORR & SHERLOCK, P.C.
777 High Street, Suite 200
Eugene, OR 97401-2782
Telephone: (541) 686-9160
Facsimile: (541) 343-8693
Internet E-mail Address: lsherlock@eugene-law.com
Of Attorneys for Defendant

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC.; INTERNATIONAL PRIMATE PROTECTION LEAGUE; and MARGUERITE GORDON, <br><br> Plaintiffs, <br><br> v. <br><br> PRIMARILY PRIMATES, INC., <br><br> Defendant. | Case No. 07-6149-HO <br><br> **DECLARATION OF WILLIAM H. SHERLOCK** |

STATE OF OREGON )
                 )ss.
County of Lane   )

I, William H. Sherlock, being first duly sworn, declare:

1. I am the attorney of record for Defendant in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and accurate copy of an excerpt from the transcript of the deposition by Lee Theisen-Watts on August 29th, 2007.

1 – MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO CHANGE VENUE

3. Attached hereto as Exhibit B is a true and accurate copy of the Appellate Order referred to in the ATAs issued by the Texas Appellate Court.

4. Attached hereto as Exhibit C is a true and accurate copy of a recent order issued by the Texas Probate Court denying the Receiver her petition for costs and attorney fees.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 21, 2007

By: s/William H. Sherlock
William H. Sherlock, OSB #98001
Hutchinson Cox Coons DuPriest
Orr & Sherlock
777 High Street, Ste 200
Eugene, OR 97401
(541) 686 9160
Attorney for Defendant