85636 AG vs PPI 8-29-07 Excerpt of Proceedings.txt

1

```
 1                    REPORTER'S RECORD
                    VOLUME 1 OF 1 VOLUMES
 2                TRIAL COURT CAUSE NO. 85,636

 3   ATTORNEY GENERAL GREGG ABBOTT,  *       IN THE PROBATE COURT
     ON BEHALF FO THE PUBLIC         *
 4   INTEREST IN CHARITY             *
                                     *
 5   VS.                             *       NO. 1 OF
                                     *
 6   PRIMARILY PRIMATES, INC.;       *
     WALLACE W. SWETT, JR.           *
 7   INDIVIDUALLY AND IN HIS         *
     CAPACITY AS AN OFFICER AND      *
 8   DIRECTOR OF PRIMARILY PRIMATES, *
     INC., STEPHEN RENE TELLO,       *
 9   ROBERT O. MCNAUGHTON, TIMOTHY   *
     K. MORGAN, KENNETH E. O'BERG,   *
10   LOU GRIFFIN O'NEILL, AND RUBY   *
     CHRISTINE STEVENS               *       TRAVIS COUNTY, TEXAS
11   **********************************************************

12                  EXCERPT OF PROCEEDINGS;
              PARTIAL TESTIMONY OF LEE THEISEN-WATT
13
     **********************************************************
14              On the 29th day of August, 2007, the
     following Excerpt of Proceedings; Partial Testimony of Lee
15   Theisen-Watt came on to be heard outside the presence of a
     jury, in the above-entitled and numbered cause before the
16   Honorable Guy Herman, Judge Presiding, held in Austin, Travis
     County, Texas.
17              Proceedings reported by Computerized
     Stenotype Machine; Reporter's Record produced by
18   Computer-Assisted Transcription.

19

20

21

22                       MELISSA VOIGT
                      Official Court Reporter
23                C.S.R. Certification No. 4886
                  Probate Court No. 1, Travis County
24                  1000 Guadalupe, Rm. 217
                       Austin, Texas  78701
25                      (512) 854-9258
```

2

```
 1                       A P P E A R A N C E S

 2
```

```
    85636 AG vs PPI 8-29-07 Excerpt of Proceedings.txt
 3  WINSTEAD, P.C.
    BY:  MR. WILLIAM M. PARRISH
 4  State Bar No. 15540325
    401 Congress Avenue, Suite 2100
 5  Austin, Texas  78701
    Phone:  (512) 370-2869
 6
    ATTORNEY FOR APPLICANT LEE THEISEN-WATT
 7

 8  MCGINNIS, LOCHRIDGE & KILGORE, LLP
    BY:  MR. RAY CHESTER
 9  State Bar No. 04189065
    600 Congress Avenue, Suite 2100
10  Austin, Texas  78701
    Phone:  (512) 495-6051
11
    ATTORNEY FOR RESPONDENT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```
3

```
 1                P R O C E E D I N G S

 2                   August 29, 2007

 3

 4         (whereupon an excerpt of proceedings

 5         was transcribed as follows:)

 6

 7              LEE THEISEN-WATT,
                    Page 2
```

EXHIBIT A

PAGE 2 OF 6

85636 AG vs PPI 8-29-07 Excerpt of Proceedings.txt
8  was called as a witness by the Applicant having been first
9  duly sworn, testified as follows:
10
11                    CROSS-EXAMINATION
12 BY MR. CHESTER:
13    Q.   All right. Just a couple more questions. You're
14 aware that the Court of Appeals stayed you from permanently
15 transferring any animals in November?
16    A.   Yes.
17    Q.   All right. That order was made aware to you by
18 your attorneys, I assume?
19    A.   Yes.
20    Q.   Okay.
21    A.   That no animals were to be transferred on a
22 permanent basis.
23    Q.   Right. And did you permanently transfer any
24 animals after the date of those court orders?
25    A.   No, I did not.

                                                              4

1     Q.   Did you send two chimps to Chimps Inc. on or about
2  March 12th?
3     A.   Yes.
4     Q.   And was that a permanent transfer?
5     A.   No, it was not.
6     Q.   Is there anything that you said to Chimps Inc.
7  that might lead them to believe that was a permanent
8  transfer?
9     A.   No.
10         MR. PARRISH: Objection, calls for speculation.
11         THE COURT: Overrule the objection.

EXHIBIT A
PAGE 3 OF 6

12        MR. CHESTER: Thank you.

13    Q.    (By Mr. Chester) Did you send 12 gibbons to IPPL
14  on or about March 30th?

15    A.    Yes.

16    Q.    And did you say anything to them that might lead
17  them to believe that it was a permanent transfer?

18    A.    No.

19    Q.    Same question about the longhorn steer to Margaret
20  Gordon on or about April 21st. Did you send the longhorn
21  steer?

22    A.    Yes.

23    Q.    Did you mean for that to be a permanent transfer?

24    A.    None of those were permanent.

25    Q.    And you didn't say anything to them to lead them

                                          5

1  to believe that it would be permanent?

2    A.    Most often the conversation I would have with
3  these people would be this; that we all hope that these
4  animals who were transferred out will be able to have lifetime
5  care, however, I cannot guarantee that and that is why I need
6  you to sign this contract, and it is with the understanding
7  that if hell freezes over and it gets turned back, those
8  animals may have to come back.

9    Q.    Did you tell them you were under a court order
10  that prevented you from permanently transferring any animals?

11    A.    Yes. Everyone was aware of that and that's why so
12  many of the potential recipients denied accepting any animals.

13    Q.    What about the seven OSU chimps to Chimp Haven?
14  Was that a permanent transfer?

15    A.    No, they also signed the same agreement which
16  indicated that it was a temporary.

EXHIBIT A

PAGE 4 OF 6

85636 AG vs PPI 8-29-07 Excerpt of Proceedings.txt

17  Q.  Okay. So you had a clear understanding with Chimp
18  Haven that that was a temporary transfer?
19  A.  That legally it had to be stated, yes, and that it
20  was temporary and --
21  Q.  And you had that understanding with Chimp Haven?
22  A.  Absolutely.
23        MR. CHESTER: Thank you. I'll pass the witness.
24        (End of excerpt.)
25

6

1  THE STATE OF TEXAS  )
2                              TRIAL COURT CAUSE NO. 85,636
3  COUNTY OF TRAVIS   )
4        I, MELISSA VOIGT, Official Court Reporter in and
5  for the Probate Court No. 1 of Travis County, State of Texas,
6  do hereby certify that the above and foregoing contains a true
7  and correct transcription of all portions of evidence and
8  other proceedings requested in writing by counsel for the
9  parties to be included in this volume of the Reporter's
10 Record, in the above-styled and numbered cause, all of which
11 occurred in open court or in chambers and were reported by me.
12       I further certify that this Reporter's Record of
13 the proceedings truly and correctly reflects the exhibits, if
14 any, offered by the respective parties.
15       I further certify that the total cost for the
16 preparation of this Reporter's Record is $
17 and was paid by                              .
18       WITNESS MY OFFICIAL HAND this the           day
19 of           , 2007.
20

Page 5

EXHIBIT A

PAGE 5 OF 6

```
                85636 AG vs PPI 8-29-07 Excerpt of Proceedings.txt
       21                                MELISSA VOIGT, CSR #4886
                                         Official Court Reporter
       22                                Probate Court No. 1
                                         Travis County, Texas
       23                                1000 Guadalupe, Room 217
                                         Austin, Texas  78701
       24                                (512) 854-9258
                                         C.S.R. Certification No. 4886
       25                                Expires:  12/08
0
                                                                        7
        1
        2
        3
        4
        5
        6
        7
        8
        9
       10
       11
       12
       13
       14
       15
       16
       17
       18
       19
       20
       21
       22
       23
       24
       25
                                    Page 6
```

EXHIBIT A

PAGE 6 OF 6