Chimps, Inc et al v. Primarily Primates, Inc — Doc. 27 Att. 2

RECEIVED
NOV 0 6 2006

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00665-CV

**Primarily Primates, Inc.; Stephen Rene Tello, Robert O. McNaughton, Timothy K. Morgan, Kenneth E. O'Berg, Lou Griffin O'Neill, and Ruby Christine Stevens, Appellants**

v.

**Attorney General of Texas Greg Abbott, On Behalf of the Public Interest in Charity, Appellee**

### FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY, JUDICIAL DISTRICT NO. 85636, HONORABLE GUY S. HERMAN, JUDGE PRESIDING

## ORDER

This Court grants in part and denies in part Appellants' Emergency Motion for Temporary Relief. The Order Appointing Temporary Receiver signed October 13, 2006, and the Amended Order Appointing Temporary Receiver signed October 20, 2006, are stayed to the extent that they permit permanent relocation of animals subject to the receivership. The receiver may relocate animals subject to the receivership on a non-permanent basis pursuant to her powers as receiver. Should permanent relocation of animals be required or advisable, any party may seek relief from this Order to allow the probate court to conduct an evidentiary hearing with respect to the permanent relocation of an animal or group of animals. Otherwise, Appellants' Emergency

EXHIBIT B

PAGE 1 OF 2

Motion for Temporary Relief is denied.

Ordered November 3, 2006.

_____
G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Puryear and Waldrop

2

EXHIBIT B
PAGE 2 OF 2