**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
**Robert G. Engel,** OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

**HARRANG LONG GARY RUDNICK P.C.**
**Craig J. Capon,** OSB #98192
craig.j.capon@harrang.com
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone: (541) 485-0220
Facsimile: (541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE GORDON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, and MARGUERITE GORDON,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIMARILY PRIMATES, INC.,<br><br>Defendant. | Case No.: 07-6149-HO<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DECLARATION**<br><br>**Pursuant To L.R. 7.1(e)(3)**<br><br>**Expedited Consideration Requested** |

### L.R. 7.1(A) CERTIFICATION

The undersigned counsel represents that prior to filing this motion, plaintiffs' counsel conferred with defendant's counsel, William Sherlock. Mr. Sherlock informed plaintiffs' counsel that defendant objects to this motion.

Page 1 – PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND
          SUPPORTING DECLARATION

## MOTION

Pursuant to L.R. 7.1(e)(3), plaintiffs move this court for an order allowing the filing and consideration of plaintiffs' sur-reply and supporting declaration in response to the reply and supporting evidence submitted by defendant in support of Defendant's Motion to Dismiss or, in the Alternative, to Change Venue. This motion is supported by the Declaration of Bruce Wagman filed herewith.

DATED : October 4, 2007

SCHIFF HARDIN LLP

By: _____
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

HARRANG LONG GARY RUDNICK P.C.
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON

34992-0000
672779.1

# CERTIFICATE OF SERVICE

I certify that on October 4, 2007, I served or caused to be served a true and complete copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DECLARATION** on the party or parties listed below as follows:

| | |
|---|---|
| X _____ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Facsimile |
| _____ | Via Personal Delivery |

William H. Sherlock
Hutchinson, Cox, Coons, DuPriest, Orr & Sherlock P.C.
777 High Street
Eugene, OR 97401-2782

Attorneys For Defendant
Primarily Primates, Inc.

SCHIFF HARDIN LLP

By: _____
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com
Telephone: (415) 901-8700
Facsimile: (415) 901-8701

HARRANG LONG GARY RUDNICK P.C.
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON