**SCHIFF HARDIN LLP**
**Bruce A. Wagman,** *Pro Hac Vice*
bwagman@schiffhardin.com
**Robert G. Engel,** OSB #01176
rengel@schiffhardin.com
One Market, Spear Street Tower, 32nd Floor
San Francisco, CA 94105
Telephone:   (415) 901-8700
Facsimile:    (415) 901-8701

**HARRANG LONG GARY RUDNICK P.C.**
**Craig J. Capon,** OSB #98192
craig.j.capon@harrang.com
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:   (541) 485-0220
Facsimile:    (541) 686-6564

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL PRIMATE
PROTECTION LEAGUE, and MARGUERITE GORDON

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHIMPS, INC., INTERNATIONAL PRIMATE PROTECTION LEAGUE, and MARGUERITE GORDON,<br><br>Plaintiffs,<br><br>vs.<br><br>PRIMARILY PRIMATES, INC.,<br><br>Defendant. | Case No.: 07-6149-HO<br><br>**DECLARATION OF BRUCE WAGMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DECLARATION** |

I, Bruce Wagman, make the following declaration on personal knowledge, under penalty of perjury:

1. I am lead counsel for the plaintiffs, and I make this declaration in support of Plaintiffs' Motion for Leave to File Sur-Reply and Supporting Declaration.

2. Plaintiffs' counsel, Craig J. Capon, conferred with William Sherlock, counsel for defendant, and he has informed us that he objects to this motion.

Page 1 – DECLARATION OF BRUCE WAGMAN IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DECLARATION

3. Plaintiffs seek leave to file a short sur-reply and supporting declaration to respond to one particular issue in the reply filed by defendant in support of the pending Defendant's Motion to Dismiss or, in the Alternative, to Change Venue. Defendant included with its reply brand new evidence, adduced in testimony in a different legal action on August 29, 2007, which plaintiffs believe is irrelevant and incomplete in its presentation, but which defendant nevertheless relies on in its reply. In particular, defendant offers selective excerpts from the deposition of Lee Theisen-Watt, the former court-appointed receiver that signed the three Animal Transfer Agreements that are at issue in this litigation. In their sur-reply, plaintiffs respond to the new evidence highlighted in the reply and describe the evidence set forth in a supporting declaration signed by Ms. Watt.

4. Accordingly, plaintiffs seek leave to file and have the Court consider their sur-reply and supporting declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of October, 2007.

_____
Bruce Wagman

34992-0000
672483.1

Page 2 – DECLARATION OF BRUCE WAGMAN IN SUPPORT OF PLAINTIFFS' MOTION
FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DECLARATION

# CERTIFICATE OF SERVICE

I certify that on October 4, 2007, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF BRUCE WAGMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY AND SUPPORTING DECLARATION** on the party or parties listed below as follows:

| | |
|---|---|
| __X__ | Via CM / ECF Filing |
| _____ | Via First Class Mail, Postage Prepaid |
| _____ | Via Facsimile |
| _____ | Via Personal Delivery |

William H. Sherlock
Hutchinson, Cox, Coons, DuPriest, Orr & Sherlock P.C.
777 High Street
Eugene, OR 97401-2782

Attorneys For Defendant
Primarily Primates, Inc.

SCHIFF HARDIN LLP

By: _____
Bruce A. Wagman, *Pro Hac Vice*
bwagman@schiffhardin.com
Robert G. Engel, OSB #01176
rengel@schiffhardin.com
Telephone:   (415) 901-8700
Facsimile:   (415) 901-8701

HARRANG LONG GARY RUDNICK P.C.
Craig J. Capon, OSB #98192
craig.j.capon@harrang.com

Of Attorneys for Plaintiffs
CHIMPS, INC., INTERNATIONAL
PRIMATE PROTECTION LEAGUE, and
MARGUERITE GORDON